# EXHIBIT A

United States District Court
Southern District of Ohio
Eastern Division

| | |
|---|---|
| United States of America, | |
| Plaintiff-Respondent, | |
| v. | Case No. 2:22-cr-00014-EAS-1 |
| Marco Merino, | |
| Defendant-Movant. | |

## Declaration of Marco Merino

I, Marco Merino, hereby declare and state the following in accordance with the provisions of Section 1746 of Title 28, United States Code, under penalty of perjury:

1. My name is Marco Merino. I am the same Marco Merino that was charged in the case listed above. I was charged with crimes related to 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and 846 as well as 18 U.S.C. § 666(a)(1)(B).

2. On August 13, 2021, I was at a gas station with someone who turned out to be an Undercover Law Enforcement Officer. We had concluded our drug business for the day. While there, the Undercover showed me an object that was for sale that was fashioned to look like a bat. The object was used to pry a truck door open if needed. The Undercover showed the item to me and said that "You could kill someone with this." I said to the undercover, "Why would you want to kill someone with that when you could just scare them." To this end, I showed the butt of my firearm to the Undercover Officer. The firearm is locked in a lock box in my civilian vehicle and was taken out so it is not left unattended.

3. I explained this to my lawyer in order to ask him to object to the application of the firearm enhancement on my case. My lawyer, Counsel Terry Sherman, refused to do so.

Consistent with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 2/21/2024 ~~2024~~.

*/s/ Marco Merino*
MARCO R. MERINO